IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                CASE NO.  4:04-CR-018-SPM

ZACCHEUS WIGGINS,

    Defendant.

_____/

### **ORDER DENYING MOTION TO MODIFY UNDER 18 U.S.C. § 3582**

This cause comes before the Court on Defendant's motion (doc. 100) to modify sentence under the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c).  The Government filed a response in opposition (doc. 102).

Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to his sentencing range.  Defendant was subject to a statutory mandatory minimum sentence, which also determined his sentencing range.  Even after the application of Amendment 706, the amount of cocaine base for which Defendant was responsible still results in a base offense level of 38.  Because Defendant's sentencing range remains the same under the amended guidelines, he is not eligible for a sentence reduction.  Accordingly, it is

ORDERED AND ADJUDGED that Defendant's motion to modify sentence (doc. 100) is denied.

DONE AND ORDERED this <u>third</u> day of April, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge